# Nance *v.* Dearing & Orman.

Appeal from the Circuit Court of Franklin.
Tried before the Hon. A. H. Alston.

Almon & Bullock, for appellant.

W. H. Key, for appellee.

This was an action brought by the appellant against the appellees to recover an amount alleged to be due the plaintiff for the use and occupation of plaintiff's house.

From a judgment in favor of the defendants the present appeal is prosecuted.

The judgment is reversed and the cause remanded.

Opinion by McClellan, C. J.